UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ATM COMMUNICATIONS
INTERNATIONAL, INC.,

    Plaintiff,

v.                              CASE NO: 8:04-cv-1664-T-23TGW

U.S. BANCORP, et al.,

    Defendants.
_____/

## **ORDER**

The plaintiff submits (Doc. 47) an agreed motion to enter a stipulated final judgment. The motion (Doc. 47) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on July 12, 2005.

                                              STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy